UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   CASE NO: 4:07-cv-9<br>) |
| PRIDE OF THE SOUTH CATFISH, INC., WALTER NORRIS, TIMOTHY S. HOWARD, and GOLDEN SUN FOODS, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## DEFAULT JUDGMENT

WHEREAS upon Motion for Default Judgment by the Plaintiff, Emerald Coast Finest Produce Co., Inc., against Defendants, Timothy S. Howard and Golden Sun Foods, LLC, for failure of the Defendants to answer or otherwise defend against the Plaintiff's complaint, upon review of Plaintiff's Motion for Default, and the Affidavits attached thereto, this Court enters default judgment against Defendants, Timothy S. Howard and Golden Sun Foods, LLC, in favor of the Plaintiff, Emerald Coast Finest Produce Co., Inc., for accrued interest on said principal and an attorney's fee of $3,865.61.

Court costs taxed to the Defendants, Timothy S. Howard and Golden Sun Foods, LLC, all for which let execution issue, it is so ORDERED, ADJUDGED and DECREED, this the 2nd day of August, 2007.

s/Daniel P. Jordan III<br>
U. S. DISTRICT COURT JUDGE