UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMERALD COAST FINEST PRODUCE CO., INC.                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:07cv00009-DPJ-JCS

PRIDE OF THE SOUTH CATFISH, INC., ET AL.                                      DEFENDANTS

ORDER OF DISMISSAL

This day this cause came on to be heard on the Motion to Dismiss of the Plaintiff Emerald Coast Finest Produce Co., Inc.  The Court having considered same, and having been fully advised in the premises, finds that said Motion is well taken, and should be granted.

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss is granted.  This action is dismissed with prejudice as the parties have reached a settlement.  Each party to bear their own cost.

**SO ORDERED AND ADJUDGED** this the 3th day of August, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE